UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM SHAW,<br><br>Defendant | Criminal No.  26cr10013<br><br>Violations:<br><br>Counts One–Four: Bank Fraud<br>(18 U.S.C. § 1344)<br><br>Counts Five–Eight: Aggravated Identity Theft<br>(18 U.S.C. § 1028A(a)(1))<br><br>Bank Fraud Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(2)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Defendant WILLIAM SHAW lived in Massachusetts.

2. Citizens Bank ("Citizens") was a financial institution that held deposits insured by the Federal Deposit Insurance Corporation.

3. Victims 1, 2, 3, and 4 were Citizens customers.

### The Scheme to Defraud

4. Between in or about December 2022 and in or about March 2025, SHAW defrauded Citizens of more than $674,000 by posing as at least eleven different Citizens customers, purchasing cashier's checks drawn on those victim customers' accounts, and otherwise withdrawing funds from the victim customers' accounts.

5. As part of the scheme, SHAW used fake driver's licenses bearing the victim customers' names and dates of birth, but SHAW'S photo. SHAW also presented tellers with

1

withdrawal slips bearing the victim customers' names and account numbers. To lull tellers into trusting him, SHAW made small deposits into the victim customers' accounts in the days leading up to or in the same transaction as his purchase of cashier's checks or cash withdrawals.

*Victim 1*

6. On or about January 13, 2023, at a Citizens branch in Abington, Massachusetts, SHAW presented himself as Victim 1 and attempted to withdraw $40,000 from Victim 1's Citizens account with an account number ending in 8010 ("the Victim 1 Transaction").

*Victim 2*

7. On or about September 16, 2024, at a Citizens branch in West Roxbury, Massachusetts, SHAW presented himself as Victim 2 and purchased a $53,000 cashier's check drawn on Victim 2's Citizens account with an account number ending in 3912 ("the Victim 2 Transaction").

*Victim 3*

8. On or about September 17, 2024, at a Citizens branch in Brookline, Massachusetts, SHAW presented himself as Victim 3 and withdrew $8,700 in cash from Victim 3's Citizens account with an account number ending in 8167 ("the Victim 3 Transaction").

*Victim 4*

9. On or about March 11, 2025, at a Citizens branch in Concord, Massachusetts, SHAW presented himself as Victim 4 and attempted to make a deposit into Victim 4's Citizens account with an account number ending in 7127 ("the Victim 4 Transaction").

## COUNTS ONE–FOUR
## Bank Fraud
## (18 U.S.C. § 1344)

The Grand Jury charges:

10. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of this Indictment.

11. On or about the dates below, in the District of Massachusetts, the defendant,

WILLIAM SHAW,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, that is, Citizens, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Citizens, by means of materially false and fraudulent pretenses, representations, and promises.

| Count | Approximate Date | Transaction |
|---|---|---|
| 1 | January 13, 2023 | The Victim 1 Transaction |
| 2 | September 16, 2024 | The Victim 2 Transaction |
| 3 | September 17, 2024 | The Victim 3 Transaction |
| 4 | March 11, 2025 | The Victim 4 Transaction |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS FIVE–EIGHT
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

12. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of this Indictment.

13. On or about the dates below, in the District of Massachusetts, the defendant,

WILLIAM SHAW,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of the persons described below, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Counts One through Four.

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 5 | January 13, 2023 | Name, Date of Birth, and Account Number of Victim 1 |
| 6 | September 16, 2024 | Name, Date of Birth, and Account Number of Victim 2 |
| 7 | September 17, 2024 | Name, Date of Birth, and Account Number of Victim 3 |
| 8 | March 11, 2025 | Name, Date of Birth, and Account Number of Victim 4 |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION
## (18 U.S.C. § 982(a)(2))

The Grand Jury further finds:

14. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1344, set forth in Counts One through Four, the defendant,

WILLIAM SHAW,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2) any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following assets:

   a. $674,050 to be entered in the form of a forfeiture money judgment.

15. If any of the property described in Paragraph 14, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2) as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 14 above.

All pursuant to Title 18, United States Code, Section 982(a)(2)

A TRUE BILL

███████████████

FOREPERSON

*Kristen A Kearney*
KRISTEN A. KEARNEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 15, 2026
Returned into the District Court by the Grand Jurors and filed.

*Devan M King* 4:10pm
DEPUTY CLERK